# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 05-37468 BL | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|
| Case Name: | JUNGKANS, KEITH | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | JUNGKANS, ELIZABETH | Account: | \*\*\*-\*\*\*\*\*79-65 - Money Market Account |
| Taxpayer ID #: | 13-7594977 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/03/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/03/08 | {10} | Consitution State Services | Payment of PI settlement per court order | 1129-000 | 105,000.00 | | 105,000.00 |
| 04/29/08 | 1001 | Polanksy, Cichon & Batey | Payment of special counsel attorney fee per court order | 3210-600 | | 35,000.00 | 70,000.00 |
| 04/29/08 | 1002 | Polansky, Cichon & Batey | Payment of special counsel expenses per court order | 3220-610 | | 3,114.61 | 66,885.39 |
| 04/29/08 | 1003 | Keith Jungkans | Payment fo exemption to debtor | 8100-002 | | 7,500.00 | 59,385.39 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 11.54 | | 59,396.93 |
| 05/23/08 | 1004 | Blue Cross Blue Shield of Minnesota | Payment of lien per court order | 4220-000 | | 14,000.00 | 45,396.93 |
| 05/23/08 | 1005 | Elmhurst Orthopedics | Payment of lien | 4120-000 | | 600.00 | 44,796.93 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 8.25 | | 44,805.18 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 6.47 | | 44,811.65 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 5.69 | | 44,817.34 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 5.32 | | 44,822.66 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 5.88 | | 44,828.54 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 4.88 | | 44,833.42 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 3.52 | | 44,836.94 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 105,051.55 | 60,214.61 | $44,836.94 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| Subtotal | | 105,051.55 | 60,214.61 | |
| Less: Payments to Debtors | | | 7,500.00 | |
| NET Receipts / Disbursements | | $105,051.55 | $52,714.61 | |

Exhibit C

{} Asset reference(s)

Printed: 12/03/2008 01:53 PM    V.10.54

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| Case Number: 05-37468 BL | Trustee: MICHAEL G. BERLAND (520196) |
| Case Name: JUNGKANS, KEITH | Bank Name: JPMORGAN CHASE BANK, N.A. |
| JUNGKANS, ELIZABETH | Account: ***-*****79-66 - Checking Account |
| Taxpayer ID #: 13-7594977 | Blanket Bond: $5,000,000.00  (per case limit) |
| Period Ending: 12/03/08 | Separate Bond: N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****79-65 | 105,051.55 | 52,714.61 | 44,836.94 |
| Checking # ***-*****79-66 | 0.00 | 0.00 | 0.00 |
| | $105,051.55 | $52,714.61 | $44,836.94 |