**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>JUNGKANS, KEITH<br>JUNGKANS, ELIZABETH<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05-37468 BL<br><br>JUDGE Bruce W. Black (Joliet) |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At:   Will County Court Annex
         57 N. Ottawa St., Room 201
         Joliet, Illinois 60432

   on:   **January 16, 2009**
   at:   **9:15 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                              $         105,043.15

   b. Disbursements                         $          60,214.61

   c. Net Cash Available for Distribution   $          44,828.54

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

| | | |
|---|---|---|
| MICHAEL G. BERLAND (Trustee Fees) | 0.00 | $8,127.16 |
| MICHAEL G. BERLAND (Trustee Expenses) | 0.00 | $56.52 |
| David Lloyd (Special Counsel Fees) | 0.00 | $2,025.00 |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $200.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.00% for creditor.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2P | Illinois Department of Revenue | $ 200.00 | $ 200.00 |

7.  Claims of general unsecured creditors totaling $34,296.02 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100.00% s that filed timely claims and 4.93% for creditors that filed late claims.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | World Financial Network National Bank | $ 667.75 | $ 667.75 |
| 2U | Illinois Department of Revenue | $ 30.00 | $ 30.00 |
| 3 | Marshall Field | $ 2,876.16 | $ 2,876.16 |
| 4 | Target National Bank (f.k.a. Retailers National Ba | $ 8,928.05 | $ 8,928.05 |
| 5 | Citibank USA NA | $ 223.13 | $ 223.13 |
| 6 | Citibank USA NA | $ 609.84 | $ 609.84 |
| 7 | Kohl's Department Store | $ 516.69 | $ 516.69 |

| 9  | US Bank Copr/ Retail Payment Solutionsp        | $  6,263.81  | $  6,263.81  |
|----|------------------------------------------------|--------------|--------------|
| 10 | Capital Recovery One                           | $    482.37  | $    482.37  |
| 11 | Recovery Management Systems Corporation        | $  1,886.69  | $  1,886.69  |
| 12 | Citibank (South Dakota) NA                     | $ 11,811.53  | $ 11,811.53  |
| 13 | eCAST Settlement Corporation assignee of       | $  2,511.01  | $    123.84  |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing:

Dated: **December 24, 2008**

For the Court,

**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL  60604

Trustee: MICHAEL G. BERLAND
Address: 1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
Phone No.: (312) 855-1272

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2                   Date Rcvd: Dec 24, 2008
Case: 05-37468                 Form ID: pdf002              Total Served: 61

The following entities were served by first class mail on Dec 26, 2008.
db           +Keith A Jungkans,    220 Vernon Dr,    Bolingbrook, IL 60440-2423
jdb          +Elizabeth Jungkans,    220 Vernon Dr,    Bolingbrook, IL 60440-2423
aty          +Alonzo H Zahour,    Law Office of Alonzo H. Zahour,    101 Royce Rd Ste 8,
               Bolingbrook, IL 60440-1409
aty          +David P Lloyd,    Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
tr           +Michael G Berland,    1 N LaSalle St,    No.1775,    Chicago, IL 60602-4065
9823986       APLM Ltd,    PO Box 8660,    Saint Louis, MO 63126-0660
9823984      +Adventist Hinsdale Hospital,    c/o Malcom S Gerald & Assoc,    332 S Michigan Ave, Suite 600,
               Chicago, IL 60604-4318
9823985      +Anderson Delilah DC,    c/o Federated Adjustment Co,    PO Box 170680,    Milwaukee, WI 53217-8056
9823987      +Aspire,    PO Box 105555,    Atlanta, GA 30348-5555
9823988      +Associated Pathology Consultants,    PO Box 3680,    Peoria, IL 61612-3680
9823989      +Athletico Ltd,    625 Enterprise Drive,    Oak Brook, IL 60523-8813
9823990      +Ballert Orthopedic,    1250 N Mill St,    Naperville, IL 60563-6304
9823992      +CBUS Sears,    PO Box 6189,    Sioux Falls, SD 57117-6189
9823991      +Capital One,    PO Box 85015,    Richmond, VA 23285-5015
9823993       Central DuPage Hospital,    0N025 Winfield Road,    Winfield, IL 60190-1295
9823994      +Chase,    PO Box 15823,    Wilmington, DE 19850-5823
9823995      +Chicago Institute of Neurosurgery,    c/o ATG Credit LLC,    PO Box 14895,    Chicago, IL 60614-0895
9823996      +Citibank (South Dakota) NA,    c/o Northland Group,    PO Box 390905,    Edina, MN 55439-0905
9823997      +Citibank (South Dakota) NA,    Citibank/CHOICE,    Exception Payment Processing,    Po Box 6305,
               The Lakes, NV 88901-6305
10602180     +Citibank USA NA,    Po Box 182149,    Columbus, OH 43218-2149
9823999      +DuPage Credit Union,    PO Box 30495,    Tampa, FL 33630-3495
9823998       DuPage Credit Union,    PO Box 3930,    Naperville, IL 60567-3930
9824000      +Edward Hospital & Health Serv,    801 S Washington St,    Naperville, IL 60540-7499
9824001      +Elite Dental Care,    4121 Fairview Avenue Suite 205,    Downers Grove, IL 60515-2267
9824002      +Elmhurst Emergency Med Srvs,    900 Oakmont Lane Suite 200,    Westmont, IL 60559-5574
9824003       Elmhurst Memorial Healthcare,    PO Box 92348,    Chicago, IL 60675-2348
9824004      +Elmhurst Memorial Hospital,    c/o Pellettieri & Associates,    991 Oak Creek Dr,
               Lombard, IL 60148-6408
9824005      +Express,    PO Box 659728,    San Antonio, TX 78265-9728
9824006      +First Bank,    PO Box 419048,    Saint Louis, MO 63141-9048
9824007      +Fred Geisler, PhD,    2020 Ogden Avenue,    Aurora, IL 60504-5894
9824008       GMAC,    PO Box 173793,    Denver, CO 80217-3793
9824009      +Grange Bank,    650 S Front St,    Columbus, OH 43206-1014
9824011      ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court:   Illinois Department of Revenue,    Bankruptcy Section Level 7-425,
               100 W. Randolph Street,    Chicago, IL 60606)
9824014      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:   Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
10628867     +Illinois Dept of Healthcare & Family Services/MRU,    P O Box 19405,    Springfield, IL 62794-9405
9824012      +Illinois Dept of Human Services,    Collection & Asset Recovery,    PO Box 19152,
               Springfield, IL 62794-9152
9824013       Illinois Dept of Public Aid,    Bureau of Fiscal Operations,    PO Box 19131,
               Springfield, IL 62794-9131
9824015      +JC Penney,    c/o Finanial Recovery Services,    PO Box 385908,    Minneapolis, MN 55438-5908
10609834     +Kohl’s Department Store,    c/o Creditors Bankruptcy Service,    P O Box 740933,
               Dallas, TX 75374-0933
9824016      +Kohls,    PO Box 3084,    Milwaukee, WI 53201-3084
9824017      +LaGrange Memorial Hospital,    PO Box 9234,    Hinsdale, IL 60522-9234
9824018      +MarianJoy Medical Group,    26W 171 Roosevelt Road,    Wheaton, IL 60187-6061
10566081     +Marshall Field,    111 Boulder Industrial Dr,    Bridgeton, MO 63044-1241
9824019      +Marshall Fields,    Retailers National Bank,    PO Box 59231,    Minneapolis, MN 55459-0231
9824020       Nextcard,    c/o Platinum Recovery Solutions,    201 North 16th Street,    Omaha, NE 68197-3155
9824021      +Retailers National Bank,    c/o Meyer & Njus,    25 E Washington Suite 500,
               Chicago, IL 60602-1703
9824022      +Rush Copley,    2000 Ogden Avenue,    Aurora, IL 60504-5893
9824023      +Rush Copley Family Practice,    2020 Ogden Avenue, Suite 330,    Aurora, IL 60504-5897
9824025      +Target National Bank,    c/o Blatt, Hasenmiller, Leibsker,    125 S Wacker Suite 400,
               Chicago, IL 60606-4424
10568549     +Target National Bank (f.k.a. Retailers National Ba,    TARGET VISA,    c/o Weinstein & Riley, P.S.,
               2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
9824026      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:   US Bank,    PO Box 790084,    Saint Louis, MO 63179)
9824027      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:   US Bank Visa,    PO Box 5227,    Cincinnati, OH 45201)
10630680     +US Bank Copr/ Retail Payment Solutionsp,    PO Box 5229,    Cincinnati, Ohio 45201-5229
9824028       Valley Imaging Consultants,    6910 S Madison St,    Willowbrook, IL 60527-5504
10558535     +World Financial Network National Bank,    Express,    c/o Weinstein & Riley, P.S.,
               2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
9824010      +eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA/HSBC Card Svcs III,
               Po Box 35480,    Newark, NJ 07193-5480

The following entities were served by electronic transmission on Dec 24, 2008.
12391849     +E-mail/PDF: rmscedi@recoverycorp.com Dec 24 2008 23:47:37      Capital Recovery One,
               25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
12390803      E-mail/PDF: rmscedi@recoverycorp.com Dec 24 2008 23:47:38
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
```

```
District/off: 0752-1           User: amcc7                Page 2 of 2                   Date Rcvd: Dec 24, 2008
Case: 05-37468                 Form ID: pdf002            Total Served: 61

The following entities were served by electronic transmission (continued)
10632695     +E-mail/PDF: rmscedi@recoverycorp.com Dec 24 2008 23:47:42
              Recovery Management Systems Corporation,    For GE Money Bank,    dba SAM'S CLUB,
              25 S.E. 2nd Avenue, Suite 1120,   Miami, Fl 33131-1605
10632737     +E-mail/PDF: rmscedi@recoverycorp.com Dec 24 2008 23:47:37
              Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPenney,
              25 S.E. 2nd Avenue, Suite 1120,   Miami, Fl 33131-1605
9824024      +E-mail/PDF: gecsedi@recoverycorp.com Dec 24 2008 23:47:30       Sam's Club,   PO Box 981064,
              El Paso, TX 79998-1064
                                                                                             TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Polansky Cichon & Batey Chtd
                                                                                             TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 26, 2008**                    **Signature:** *Joseph Speetjens*