IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: <br> JUNGKANS, KEITH <br> JUNGKANS, ELIZABETH <br><br> Debtor(s) | CHAPTER 7 CASE <br><br> CASE NO. 05-37468 BL <br><br> JUDGE Bruce W. Black(Joliet) |

**TRUSTEE'S FINAL ACCOUNT AND APPLICATION
TO CLOSE CASE AND DISCHARGE THE TRUSTEE**

TO: THE HONORABLE BRUCE W. BLACK
BANKRUPTCY JUDGE

    Final distribution of all monies has been made in accordance\ with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, a copy of which is attached as Exhibit "A"

    All checks have been cashed. The Form 2 is attached as Exhibit "B".

The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. §350.

                                                             /s/ Michael G. Berland Trustee

Dated: 3/13/09

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: <br> JUNGKANS, KEITH <br> JUNGKANS, ELIZABETH <br><br> Debtor(s) | CHAPTER 7 CASE <br><br> CASE NO. 05-37468 BL <br><br> JUDGE Bruce W. Black(Joliet) |

### DISTRIBUTION REPORT

I, <u>MICHAEL G. BERLAND</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 10,208.68 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(1)(B)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 200.00 |
| Other Priority Claims (507(a)(9)-(a)(10)): | $ 0.00 |
| General Unsecured Claims: | $ 34,296.02 |
| Tardily-Filed Unsecured Claims: | $ 136.26 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 44,840.96 |


EXHIBIT A

**DISTRIBUTION REPORT**                                                    **PAGE 2**

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | Secured Claims | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $10,208.68 | 100.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| | MICHAEL G. BERLAND | 8,127.16 | 8,127.16 |
| | MICHAEL G. BERLAND | 56.52 | 56.52 |
| 14 | David Lloyd | 2,025.00 | 2,025.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(1)(B) Domestic Support Obligations | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(3) - Wages, salaries or commissions limited to $4,650.00 | $0.00 | 0.00% |


EXHIBIT A

**DISTRIBUTION REPORT**                                          **PAGE 3**

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds to $4,650.00 | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,650.00 | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $2,100.00 | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| 507(a)(7) - Alimony | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §724(b)(6) - Tax Liens: | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | $200.00 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 2P | Illinois Department of Revenue | 200.00 | 200.00 |

EXHIBIT A

**DISTRIBUTION REPORT**                                                    PAGE 4

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(10) - Death & Personal Injury | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $34,296.02 | 100.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
| 1 | World Financial Network National Bank | 667.75 | 667.75 |
| 2U | Illinois Department of Revenue | 30.00 | 30.00 |
| 3 | Marshall Field | 2,876.16 | 2,876.16 |
| 4 | Target National Bank (f.k.a. Retailers National Ba | 8,928.05 | 8,928.05 |
| 5 | Citibank USA NA | 223.13 | 223.13 |
| 6 | Citibank USA NA | 609.84 | 609.84 |
| 7 | Kohl's Department Store | 516.69 | 516.69 |
| 9 | US Bank Copr/ Retail Payment Solutionsp | 6,263.81 | 6,263.81 |
| 10 | Capital Recovery One | 482.37 | 482.37 |
| 11 | Recovery Management Systems Corporation | 1,886.69 | 1,886.69 |
| 12 | Citibank (South Dakota) NA | 11,811.53 | 11,811.53 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a)(3) - Late unsecured claims | | $2,511.01 | 5.43% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
| 13 | eCAST Settlement Corporation assignee of | 2,511.01 | 136.26 |

EXHIBIT A

**DISTRIBUTION REPORT**                                              PAGE 5

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $0.00 | 0.00% |
| CLAIM NUMBER    CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| Subordinated unsecured claims | $0.00 | 0.00% |
| CLAIM NUMBER    CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 19. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $0.00 | 0.00% |
| CLAIM NUMBER    CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 20. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $0.00 | 0.00% |
| CLAIM NUMBER    CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | DISALLOWED AMOUNT OF CLAIM | /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: January 19, 2009                /s/Michael G. Berland
                                       MICHAEL G. BERLAND, Trustee



EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| JUNGKANS, KEITH | |
| JUNGKANS, ELIZABETH | CASE NO. 05-37468 BL |
| | JUDGE Bruce W. Black (Joliet) |
| Debtor(s) | |

### ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Trustee's compensation | $ | 8,127.16 |
| 2. | Trustee's expenses | $ | 56.52 |
| | TOTAL | $ | 8,183.68 |
| 3. | Chapter 11 Trustee's compensation | $ | 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

1. Attorney for the Trustee
   a. Compensation                $ 0.00
   b. Expenses                    $ 0.00
   c. Chapter 11 Compensation     $ 0.00
   d. Chapter 11 Expenses         $ 0.00

2. Accountant for the Trustee

1

|   |   |   |
|---|---|---|
| a. Compensation | $ | 0.00 |
| b. Expenses | $ | 0.00 |
| c. Chapter 11 compensation | $ | 0.00 |
| d. Chapter 11 Expenses | $ | 0.00 |

3. Other Professionals
   a. Special Counsel

|   |   |   |
|---|---|---|
| (1) Compensation | $ | 2,025.00 |
| (2) Expenses | $ | 0.00 |
| (3) Chapter 11 Compensation | $ | 0.00 |
| (4) Chapter 11 Expenses | $ | 0.00 |
| TOTAL | $ | 2,025.00 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this_____ day of _____, 200 ___.


ENTERED  _____
            Bruce W. Black
            UNITED STATES BANKRUPTCY JUDGE

ENTERED

JAN 16 2009

BRUCE W. BLACK, BANKRUPTCY JUDGE
UNITED STATES BANKRUPTCY COURT

2

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 05-37468 BL | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | JUNGKANS, KEITH | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | JUNGKANS, ELIZABETH | | Account: | ***-*****79-65 - Money Market Account |
| Taxpayer ID #: | 13-7594977 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 03/13/09 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/03/08 | {10} | Consitution State Services | Payment of PI settlement per court order | 1129-000 | 105,000.00 | | 105,000.00 |
| 04/29/08 | 1001 | Polanksy, Cichon & Batey | Payment of special counsel attorney fee per court order | 3210-600 | | 35,000.00 | 70,000.00 |
| 04/29/08 | 1002 | Polansky, Cichon & Batey | Payment of special counsel expenses per court order | 3220-610 | | 3,114.61 | 66,885.39 |
| 04/29/08 | 1003 | Keith Jungkans | Payment fo exemption to debtor | 8100-002 | | 7,500.00 | 59,385.39 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 11.54 | | 59,396.93 |
| 05/23/08 | 1004 | Blue Cross Blue Shield of Minnesota | Payment of lien per court order | 4220-000 | | 14,000.00 | 45,396.93 |
| 05/23/08 | 1005 | Elmhurst Orthopedics | Payment of lien | 4120-000 | | 600.00 | 44,796.93 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 8.25 | | 44,805.18 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 6.47 | | 44,811.65 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 5.69 | | 44,817.34 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 5.32 | | 44,822.66 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 5.88 | | 44,828.54 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 4.88 | | 44,833.42 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 3.52 | | 44,836.94 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.17 | | 44,840.11 |
| 01/15/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.85 | | 44,840.96 |
| 01/15/09 | | To Account #*********7966 | Transfer for purpose of final distribution | 9999-000 | | 44,840.96 | 0.00 |

Exhibit B

Subtotals :   $105,055.57   $105,055.57

{} Asset reference(s)

Printed: 03/13/2009 12:44 PM   V.11.03

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 05-37468 BL | **Trustee:** MICHAEL G. BERLAND (520196) |
| **Case Name:** JUNGKANS, KEITH | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| JUNGKANS, ELIZABETH | **Account:** \*\*\*-\*\*\*\*\*79-65 - Money Market Account |
| **Taxpayer ID #:** 13-7594977 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 03/13/09 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 105,055.57 | 105,055.57 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 44,840.96 | |
| | | | **Subtotal** | | 105,055.57 | 60,214.61 | |
| | | | Less: Payments to Debtors | | | 7,500.00 | |
| | | | **NET Receipts / Disbursements** | | **$105,055.57** | **$52,714.61** | |

{} Asset reference(s)

Printed: 03/13/2009 12:44 PM   V.11.03

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 05-37468 BL | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|
| Case Name: | JUNGKANS, KEITH | Bank Name: | JPMORGAN CHASE BANK, N.A. |
|  | JUNGKANS, ELIZABETH | Account: | ***-*****79-66 - Checking Account |
| Taxpayer ID #: | 13-7594977 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 03/13/09 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/15/09 |  | From Account #********7965 | Transfer for purpose of final distribution | 9999-000 | 44,840.96 |  | 44,840.96 |
| 01/20/09 | 101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $8,127.16, Trustee Compensation; Reference: | 2100-000 |  | 8,127.16 | 36,713.80 |
| 01/20/09 | 102 | MICHAEL G. BERLAND | Dividend paid 100.00% on $56.52, Trustee Expenses; Reference: | 2200-000 |  | 56.52 | 36,657.28 |
| 01/20/09 | 103 | David Lloyd | Dividend paid 100.00% on $2,025.00, Special Counsel for Trustee Fees; Reference: | 3210-600 |  | 2,025.00 | 34,632.28 |
| 01/20/09 | 104 | Illinois Department of Revenue | Dividend paid 100.00% on $200.00; Claim# 2P; Filed: $200.00; Reference: | 5800-000 |  | 200.00 | 34,432.28 |
| 01/20/09 | 105 | World Financial Network National Bank | Dividend paid 100.00% on $667.75; Claim# 1; Filed: $667.75; Reference: | 7100-000 |  | 667.75 | 33,764.53 |
| 01/20/09 | 106 | Illinois Department of Revenue | Dividend paid 100.00% on $30.00; Claim# 2U; Filed: $30.00; Reference: | 7100-000 |  | 30.00 | 33,734.53 |
| 01/20/09 | 107 | Marshall Field | Dividend paid 100.00% on $2,876.16; Claim# 3; Filed: $2,876.16; Reference: | 7100-000 |  | 2,876.16 | 30,858.37 |
| 01/20/09 | 108 | Target National Bank (f.k.a. Retailers National Ba | Dividend paid 100.00% on $8,928.05; Claim# 4; Filed: $8,928.05; Reference: | 7100-000 |  | 8,928.05 | 21,930.32 |
| 01/20/09 | 109 | Citibank USA NA | Dividend paid 100.00% on $223.13; Claim# 5; Filed: $223.13; Reference: | 7100-000 |  | 223.13 | 21,707.19 |
| 01/20/09 | 110 | Citibank USA NA | Dividend paid 100.00% on $609.84; Claim# 6; Filed: $609.84; Reference: | 7100-000 |  | 609.84 | 21,097.35 |
| 01/20/09 | 111 | Kohl's Department Store | Dividend paid 100.00% on $516.69; Claim# 7; Filed: $516.69; Reference: | 7100-000 |  | 516.69 | 20,580.66 |
| 01/20/09 | 112 | US Bank Copr/ Retail Payment Solutionsp | Dividend paid 100.00% on $6,263.81; Claim# 9; Filed: $6,263.81; Reference: | 7100-000 |  | 6,263.81 | 14,316.85 |
| 01/20/09 | 113 | Capital Recovery One | Dividend paid 100.00% on $482.37; Claim# 10; | 7100-000 |  | 482.37 | 13,834.48 |

Subtotals :   $44,840.96   $31,006.48

{} Asset reference(s)

Printed: 03/13/2009 12:44 PM   V.11.03

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 05-37468 BL | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|
| Case Name: | JUNGKANS, KEITH | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | JUNGKANS, ELIZABETH | Account: | ***-******79-66 - Checking Account |
| Taxpayer ID #: | 13-7594977 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 03/13/09 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $482.37; Reference: | | | | |
| 01/20/09 | 114 | Recovery Management Systems Corporation | Dividend paid 100.00% on $1,886.69; Claim# 11; Filed: $1,886.69; Reference: | 7100-000 | | 1,886.69 | 11,947.79 |
| 01/20/09 | 115 | Citibank (South Dakota) NA | Dividend paid 100.00% on $11,811.53; Claim# 12; Filed: $11,811.53; Reference: | 7100-000 | | 11,811.53 | 136.26 |
| 01/20/09 | 116 | eCAST Settlement Corporation assignee of | Dividend paid   5.42% on $2,511.01; Claim# 13; Filed: $2,511.01; Reference: | 7200-000 | | 136.26 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 44,840.96 | 44,840.96 | $0.00 |
| | | | Less: Bank Transfers | | 44,840.96 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 44,840.96 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$44,840.96** | |

{} Asset reference(s)

Printed: 03/13/2009 12:44 PM   V.11.03

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 05-37468 BL | **Trustee:** MICHAEL G. BERLAND (520196) |
| **Case Name:** JUNGKANS, KEITH | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| JUNGKANS, ELIZABETH | **Account:** \*\*\*-\*\*\*\*\*79-66 - Checking Account |
| **Taxpayer ID #:** 13-7594977 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 03/13/09 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| MMA # \*\*\*-\*\*\*\*\*79-65 | 105,055.57 | 52,714.61 | 0.00 |
| Checking # \*\*\*-\*\*\*\*\*79-66 | 0.00 | 44,840.96 | 0.00 |
| | $105,055.57 | $97,555.57 | $0.00 |

{} Asset reference(s)

Printed: 03/13/2009 12:44 PM   V.11.03